PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| GLENDA PRICHARD,<br><br>        Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:21-cv-00103-SKO<br><br>STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME<br><br>(Doc. 21) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from March 24, 2022 to April 25, 2022. This is Defendant's first request for an extension of time to respond to Plaintiff's brief. Defendant respectfully requests this additional time because Defendant's counsel needs additional time to respond to the arguments in Plaintiff's brief. .

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before April 25, 2022;
- Plaintiff's optional reply will be due within 21 days of the filing of Defendant's brief (on or before May 16, 2022).

Respectfully submitted,

Dated: March 24, 2022                   */s/ Jonathan Pena\**
                                        (\*as authorized via e-mail on 3/23/22)
                                        JONATHAN PENA
                                        Attorney for Plaintiff


Dated:  March 24, 2022                  PHILLIP A. TALBERT
                                        United States Attorney
                                        PETER K. THOMPSON
                                        Acting Regional Chief Counsel, Region IX
                                        Social Security Administration

                                By:     */s/ Marcelo Illarmo*
                                        MARCELO ILLARMO
                                        Special Assistant United States Attorney

                                        Attorneys for Defendant




<u>ORDER</u>

Pursuant to the foregoing stipulation (Doc. 21), and for good cause shown,

IT IS HEREBY ORDERED that Defendant shall have an extension, up to and including

April 25, 2022, to file their response to Plaintiff's opening brief.  Plaintiff's optional reply will be

due within 21 days of the filing of Defendant's brief (on or before May 16, 2022).

IT IS SO ORDERED.

Dated:   **March 25, 2022**              */s/ Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE