1  PHILLIP A. TALBERT
   United States Attorney
2  PETER K. THOMPSON (HI 5890)
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   MARCELO ILLARMO (MABN 670079)
4  Special Assistant United States Attorney
5       160 Spear Street, Suite 800
        San Francisco, California 94105
6       Telephone: (510) 970-4822
7       E-Mail: Marcelo.Illarmo@ssa.gov

8  Attorneys for Defendant

9  **UNITED STATES DISTRICT COURT**

10 **EASTERN DISTRICT OF CALIFORNIA**

11

12  GLENDA PRICHARD,                )  Case No.: 1:21-CV-00103-SKO
                                    )
13                                  )  STIPULATION AND ORDER FOR
                                    )  VOLUNTARY REMAND PURSUANT TO
14                                  )  SENTENCE FOUR OF 42 U.S.C. § 405(g)
             Plaintiff,             )
15                                  )  (Doc. 23)
       v.                           )
16                                  )
                                    )
17  KILOLO KIJAKAZI,[1]             )
    Commissioner of Social Security )
18                                  )
             Defendant.             )
19

20       IT IS HEREBY STIPULATED, by and between the parties, through their undersigned
21  attorneys, and with the approval of the Court, that the Commissioner of Social Security has
22  agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g).  The
23  purpose of the remand is to offer Plaintiff a new decision.
24
25
_____
26  [1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant
27  to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted,
    therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to
28  continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42
    U.S.C. § 405(g).

Stip. For Voluntary Remand;  Case 1:21-cv-00103-SKO          1

On remand, the Commissioner will conduct any necessary further proceedings and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: April 25, 2022   /s/Jonathan Omar Pena *
(*as authorized via e-mail on 4/22/22)
JONATHAN OMAR PENA
Attorney for Plaintiff

Dated: April 25, 2022   PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:   /s/ Marcelo Illarmo
MARCELO ILLARMO
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation to Remand") (Doc. 23), and for good cause shown,

IT IS HEREBY ORDERED that the above-captioned action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of the Court is hereby DIRECTED to: (1) enter judgment in favor of Plaintiff Glenda Prichard and against Defendant Kilolo Kijakazi, Acting Commissioner of Social Security; and (2) administratively close this file.

IT IS SO ORDERED.

Dated:   **April 26, 2022**         /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE